JS 44C/SDNY
REV.
12/04/2024

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| JOHN DOE and MARY DOE (PSEUDYONYMS) | MARKEL, EVANSTON INSURANCE COMPANY, |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
|---|---|
| Darren Jay Epstein Esq., Eptein Legal Services, P.C., 254 South Main Street, Suite 406 | New City, NY 10956, (845)643-6800 | Evan Shapiro Esq., Skarzynski Marick & Black LLP, One Battery Park Plaza, 32nd Floor | New York, NY 10004, (212)820-7712 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Declaratory Judgment/Insurance Contract, filed under 28 U.S.C. §§ 1332, 1441(a), and 1446.

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No [✓] Yes [ ] _____
(If yes, Judge Previously Assigned)

If yes, was this case  Vol. [ ] Invol. [ ]  Dismissed. No [ ] Yes [ ]  If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?        No [X]    Yes [ ]

*(PLACE AN [x] IN ONE BOX ONLY)*                     **NATURE OF SUIT**

**TORTS**                                            **ACTIONS UNDER STATUTES**

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [x] 110  INSURANCE | [ ] 310 AIRPLANE | [ ] 367 HEALTHCARE/ | [ ] 625 DRUG RELATED | [ ] 422 APPEAL | [ ] 375 FALSE CLAIMS |
| [ ] 120  MARINE | [ ] 315 AIRPLANE PRODUCT | PHARMACEUTICAL PERSONAL | SEIZURE OF PROPERTY |     28 USC 158 | [ ] 376 QUI TAM |
| [ ] 130  MILLER ACT |       LIABILITY | INJURY/PRODUCT LIABILITY |     21 USC 881 | [ ] 423 WITHDRAWAL | [ ] 400 STATE |
| [ ] 140  NEGOTIABLE | [ ] 320 ASSAULT, LIBEL & | [ ] 365 PERSONAL INJURY | [ ] 690 OTHER |     28 USC 157 |       REAPPORTIONMENT |
|       INSTRUMENT |       SLANDER |       PRODUCT LIABILITY | | | [ ] 410 ANTITRUST |
| [ ] 150  RECOVERY OF | [ ] 330 FEDERAL | [ ] 368 ASBESTOS PERSONAL | | | [ ] 430 BANKS & BANKING |
|       OVERPAYMENT & |       EMPLOYERS' |       INJURY PRODUCT | **PROPERTY RIGHTS** | | [ ] 450 COMMERCE |
|       ENFORCEMENT |       LIABILITY |       LIABILITY | | | [ ] 460 DEPORTATION |
|       OF JUDGMENT | [ ] 340 MARINE | | [ ] 820 COPYRIGHTS | [ ] 880 DEFEND TRADE SECRETS ACT | [ ] 470 RACKETEER INFLU- |
| [ ] 151  MEDICARE ACT | [ ] 345 MARINE PRODUCT | **PERSONAL PROPERTY** | [ ] 830 PATENT | |       ENCED & CORRUPT |
| [ ] 152  RECOVERY OF |       LIABILITY | | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION | |       ORGANIZATION ACT |
|       DEFAULTED | [ ] 350 MOTOR VEHICLE | [ ] 370 OTHER FRAUD | [ ] 840 TRADEMARK | |       (RICO) |
|       STUDENT LOANS | [ ] 355 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING | | | [ ] 480 CONSUMER CREDIT |
|       (EXCL VETERANS) |       PRODUCT LIABILITY | | | **SOCIAL SECURITY** | [ ] 485 TELEPHONE CONSUMER |
| [ ] 153  RECOVERY OF | [ ] 360 OTHER PERSONAL | | **LABOR** | [ ] 861 HIA (1395ff) |       PROTECTION ACT |
|       OVERPAYMENT |       INJURY | [ ] 380 OTHER PERSONAL | | [ ] 862 BLACK LUNG (923) | [ ] 490 CABLE/SATELLITE TV |
|       OF VETERAN'S | [ ] 362 PERSONAL INJURY - |       PROPERTY DAMAGE | [ ] 710 FAIR LABOR | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 SECURITIES/ |
|       BENEFITS |       MED MALPRACTICE | [ ] 385 PROPERTY DAMAGE |       STANDARDS ACT | [ ] 864 SSID TITLE XVI |       COMMODITIES/ |
| [ ] 160  STOCKHOLDERS | |       PRODUCT LIABILITY | [ ] 720 LABOR/MGMT | [ ] 865 RSI (405(g)) |       EXCHANGE |
|       SUITS | | |       RELATIONS | | [ ] 880 OTHER STATUTORY |
| [ ] 190  OTHER | | **PRISONER PETITIONS** | [ ] 740 RAILWAY LABOR ACT | **FEDERAL TAX SUITS** |       ACTIONS |
|       CONTRACT | | [ ] 463 ALIEN DETAINEE | [ ] 751 FAMILY MEDICAL | [ ] 870 TAXES (U.S. Plaintiff or | [ ] 891 AGRICULTURAL ACTS |
| [ ] 195  CONTRACT | | [ ] 510 MOTIONS TO |       LEAVE ACT (FMLA) |       Defendant) | [ ] 893 ENVIRONMENTAL |
|       PRODUCT |       ACTIONS UNDER STATUTES |       VACATE SENTENCE | | [ ] 871 IRS-THIRD PARTY |       MATTERS |
|       LIABILITY | |       28 USC 2255 | [ ] 790 OTHER LABOR |       26 USC 7609 | [ ] 895 FREEDOM OF |
| [ ] 196  FRANCHISE | **CIVIL RIGHTS** | [ ] 530 HABEAS CORPUS |       LITIGATION | |       INFORMATION ACT |
| | | [ ] 535 DEATH PENALTY | [ ] 791 EMPL RET INC | | [ ] 896 ARBITRATION |
| | [ ] 440 OTHER CIVIL RIGHTS | [ ] 540 MANDAMUS & OTHER |       SECURITY ACT (ERISA) | | [ ] 899 ADMINISTRATIVE |
| **REAL PROPERTY** |       (Non-Prisoner) | | | |       PROCEDURE ACT/REVIEW OR |
| | [ ] 441 VOTING | | | |       APPEAL OF AGENCY DECISION |
| [ ] 210  LAND | [ ] 442 EMPLOYMENT | **PRISONER CIVIL RIGHTS** | **IMMIGRATION** | | [ ] 950 CONSTITUTIONALITY OF |
|       CONDEMNATION | [ ] 443 HOUSING/ | | | |       STATE STATUTES |
| [ ] 220  FORECLOSURE |       ACCOMMODATIONS | [ ] 550 CIVIL RIGHTS | [ ] 462 NATURALIZATION | | |
| [ ] 230  RENT LEASE & | [ ] 445 AMERICANS WITH | [ ] 555 PRISON CONDITION |       APPLICATION | | |
|       EJECTMENT |       DISABILITIES - | [ ] 560 CIVIL DETAINEE | [ ] 465 OTHER IMMIGRATION | | |
| [ ] 240  TORTS TO LAND |       EMPLOYMENT |       CONDITIONS OF CONFINEMENT |       ACTIONS | | |
| [ ] 245  TORT PRODUCT | [ ] 446 AMERICANS WITH | | | | |
|       LIABILITY |       DISABILITIES -OTHER | | | | |
| [ ] 290  ALL OTHER | [ ] 448 EDUCATION | | | | |
|       REAL PROPERTY | | | | | |

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____ OTHER _____ JUDGE _____ DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND:    YES  x  NO            NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN  x  IN ONE BOX ONLY)*                    **ORIGIN**

☐ 1 Original Proceeding    ☒ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from (Specify District)    ☐ 6 Multidistrict Litigation (Transferred)    ☐ 7 Appeal to District Judge from Magistrate Judge

☐ a. all parties represented

☐ b. At least one party is pro se.

☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN  x  IN ONE BOX ONLY)*          **BASIS OF JURISDICTION**          *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF    ☐ 2 U.S. DEFENDANT    ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)    ☒ 4 DIVERSITY

### CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [X] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [X] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

John and Mary Doe
County of Rockland, State of NY

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Evanston Insurance Company
10275 West Higgins Road, Suit 750
Rosemont, Illinois 60018
Cook County, Illinois

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

### COURTHOUSE ASSIGNMENT

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    ☐ WHITE PLAINS    ☒ MANHATTAN

DATE 12/10/2024    _(signature)_
SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. Nov. Yr. 1991 )
Attorney Bar Code # 218916

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, Dated _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)