# EXHIBIT B-1

At ~~a Special Term~~, Part ___,
of the Supreme Court of the State of New York, held in and for the County of New York, at 60 Centre Street, New York, NY 10213, on the ___ day of ____, 20 _24_

P R E S E N T : Hon. Justice _____

_SUPREME COURT OF THE STATE OF NEW YORK_
_COUNTY OF NEW YORK_

John Doe (A Pseudonym) and Mary Doe (A Pseudonym),

                                    Plaintiffs,

-against-

MARKEL, EVANSTON INSURANCE COMPANY,

                                    Defendants.

**ORDER TO SHOW CAUSE**

Index No.:

X

Upon reading and filing the Summons and Complaint and affirmation of DARREN J. EPSTEIN, ESQ, a member of EPSTEIN LEGAL SERVICES, PC, dated November 14, 2024, and the exhibits annexed thereto, in support of their motion to assign an index number to this matter with the above caption and to limit access to the papers and proceedings to the parties and their respective counsel, now it is hereby:

Let the defendant ~~CHAI LIFELINE, INC.~~ _MARKEL, EVANSTON INSURANCE COMPANY_, SHOW CAUSE at an IAS PART _____, Room _____ of this Court, to be held at the Courthouse located at 60 Centre Street, New York, NY 10213, on the ___ day of _____, ~~19~~ _2024_, at 9:30 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard, why an order should not be entered to direct

1. That the pleadings, papers, affidavits, exhibits, and evidence filed wit hthis Court in the above-titled matter; the judgments, orders and decision of this Court in the above-entitled matter; and the transcripts of hearing held in the above-captioned matter be SEALED; and

2. That any of the aforesaid pleadings, papers, affidavits, exhibits, evidence, judgments, orders, decisions and transcripts of hearings filed with this Courtin this action be kept in the custody of the Clerk of this County or the County Clerk at the County Courthouse for the County of New York; and

3. That the County Clerk enter the caption of the above-entitled proceeding in the current minute books and indices of actions and proceedings maintained in his office under the title of ~~ANONYMOUS vs. ANONYMOUS~~ *JOHN DOE (A PSEDONYM) AND MARY DOE (A PSEUDONYM)* ~~and it is~~ v. *MARKEL, EVANSTON INSURANCE COMPANY*, AND IT IS FURTHER

ORDERED, that pending the hearing of this motion BEFORE THE JUSTICE TO BE ASSIGNED, the Clerk of this Court, upon payment of the proper fees, be and is hereby directed to assign an index number to this proceeding, and to accept for filing a Request for Judicial Intervention ("RJI"), bearing the following caption, namely:

NOV 25 2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

John Doe (A Pseudonym) and Mary Doe (A Pseudonym),
          Plaintiffs,
 -against-

MARKEL, EVANSTON INSURANCE COMPANY,
          Defendants.

---

JSC

HON. ANDREA MASLEY

AND IT IS FURTHER

ORDERED that, pending the hearing of this motion BEFORE THE JUSTICE TO BE ASSIGNED, the Clerk of the Court is directed to restrict access to the entire file under the above caption and index number except as to the parties, their respective counsel and authorized court personnel; and it is further

ORDERED, that personal service of a copy of this order, together with the papers upon which it is based and the Summons and Complaint, be served upon MARKEL, EVANSTON INSURANCE COMPANY, the defendant, ___ day of _____, 19__, be deemed good and sufficient service.

ENTER

_____
J. S. C.

Our File No: 21-1203