> The Clerk of Court is respectfully directed to unseal this case by removing the access restrictions on Docs. 3, 4, and 5.
>
> SO ORDERED: 01/13/2025
>
> HON. VERNON S. BRODERICK
> UNITED STATES DISTRICT JUDGE

Vernon S.

Honorable ~~Vincent L.~~ Broderick
U.S. District Judge, Southern District of New York.
United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

    Re:    *John and Mary Doe v. Markel, Evanston Insurance Company*
                Index No. 24-cv-09670-VLB-KHP

Dear Judge Broderick:

    This firm represents Defendant Evanston Insurance Company (herein erroneously named as Markel, Evanston Insurance Company) in the above-reference matter. The parties jointly submit this letter pursuant to Your Honor's Order dated December 19, 2024, to advise that both parties agree that there is no need for any documents in this case to be filed with restrictions subject to the Plaintiffs' right to maintain their anonymity pending their motion due to be filed on or before February 14, 2025.

                                               Respectfully submitted,

                                               Evan Shapiro

cc:    All parties via ECF

4925-5367-8862,